

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | |
| v. | **THREE-JUDGE COURT** |
| LITTLEFIELD INDEPENDENT SCHOOL DISTRICT; and CARLTON PARKER, CHIEF ELECTION OFFICER, in his official capacity, | **COMPLAINT** |
| Defendants. | **5-07CV0145-C** |

The United States of America, Plaintiff herein, alleges:

1.    The Attorney General of the United States hereby files this action to enforce the provisions of Section 203 of the Voting Rights Act of 1965, as amended, 42 U.S.C. § 1973b(f)(4), with respect to the conduct of elections in the LITTLEFIELD INDEPENDENT SCHOOL DISTRICT (the "ISD").

## JURISDICTION

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345;  42 U.S.C. § 1973aa-2; and 28 U.S.C. § 2201.  In accordance with the provisions of 42 U.S.C. § 1973aa-2 and 28 U.S.C. § 2284, the United States' claim brought under Section 203 of the Voting Rights Act of 1965, as amended ("Section 203"), must be heard and determined by a court of three judges.

3.    Venue is proper in this court as the events relevant to this action occurred in the County of Lamb, which is located in the United States District Court for the Northern District of Texas.

## PARTIES

4.    Defendant ISD is an independent political unit within the County of Lamb, and the State of Texas.

5.    Defendant ISD is responsible for the ordering and administration of elections pursuant to V. T. C. A., Education Code § 11.011 and § 11.051, et seq. and V. T. C. A., Election Code §§ 3.004(a)(3) and 4.002.

6.      Defendant CARLTON PARKER is the ISD's Chief Election Officer and responsible for administration of elections within the ISD.

## ALLEGATIONS

7.      According to the 2000 Census, the ISD had a total population of 7,289 of whom 3,129 (42.9%) were Hispanic.  The Census reported that the ISD had a total voting age population of 5,194, of whom 1,950 (37.5%) were Hispanic.

8.      The Director of the Census has designated the County of Lamb as subject to the requirements of Section 203 of the Voting Rights Act for Spanish.  See 42 U.S.C. § 1973aa-1a(b)(2); see also 67 Fed. Reg. 48,871 (July 26, 2002).  As a political unit within the County of Lamb, the ISD is also subject to the requirements of Section 203 for Spanish. See 28 C.F.R. § 55.9.  The Census coverage determination is final and non-reviewable.  See 42 U.S.C. § 1973aa-1a(b)(4).

9.      Because the ISD is subject to the requirements of Section 203, "any registration or voting notices, forms, instructions, assistance, or other materials or information relating to the electoral process, including ballots" that Defendants provide in English must also be furnished in Spanish.
42 U.S.C. § 1973aa-1a(c).

## CAUSE OF ACTION

10.     Plaintiff hereby alleges and incorporates by reference paragraphs one through nine above.

11.     Defendants have failed to provide complete and accurate Spanish translations of all election related materials produced in English.

12.     Defendants' failure to provide accurate Spanish language election information constitutes a violation of Section 203.

13.     Unless enjoined by this Court, Defendants will continue to violate Section 203 by failing to provide limited-English proficient citizens of the ISD accurate and reliable Spanish language election information necessary for their equal political participation.

## **PRAYER FOR RELIEF**

WHEREFORE, the United States of America prays that this Court enter an order:

1.    Declaring that Defendants have failed to provide accurate Spanish language election information necessary to those who require it in violation of Section 203 of the Voting Rights Act, 42 U.S.C. § 1973aa-1a; and,

2.    Ordering Defendants to implement a procedure to ensure that limited-English proficient Spanish speaking citizens are able to participate in all phases of the electoral process as required by Section 203, 42 U.S.C. § 1973aa-1a, by producing accurate Spanish translations of election related materials.

Plaintiff further prays that this Court order such additional relief as the interests of justice may require, together with the costs and disbursements in maintaining this action.

Dated: _____July 16_____, 2007.


ALBERTO R. GONZALEZ
Attorney General


_____
WAN J. KIM
Assistant Attorney General


_____
RICHARD B. ROPER
United States Attorney
SCOTT FROST
Assistant United States Attorney
State Bar No. 07488080
Telephone: 806-472-7566
Facsimile: 806-472-7394


_____ by JCA
JOHN TANNER
Chief, Voting Section


_____
SUSANA LORENZO-GIGUERE
Acting Deputy Chief
J. CHRISTIAN ADAMS
ERNEST A. MCFARLAND
Trial Attorneys
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7254- NWB
Washington, D.C.  20530
(202) 616-4227
j.christian.adams@usdoj.gov
ernest.a.mcfarland@usdoj.gov

4

℀JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**5-07CV0145-C**

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

LITTLEFIELD INDEPENDENT SCHOOL DISTRICT; and CARLTON PARKER, CHIEF ELECTION OFFICER, in his official capacity

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

E. Scott Frost, Assistant U.S. Attorney        806.472.7566
1205 Texas Avenue, Ste. 700, Lubbock, TX 79401

Attorneys (If Known)

Ann Manning, 1111 West Loop 289, Lubbock, TX 79416 Tel:806.793.1711

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☒ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN  (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**

Brief description of cause:  Violation of Sections 203 of the Voting Rights Act of 1965.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE   SAM R. CUMMINGS        DOCKET NUMBER _____

DATE   July 16, 2007

SIGNATURE OF ATTORNEY OF RECORD   _[signature]_

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____